1    Hon. Barbara J. Rothstein

2

3

4    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
     AT SEATTLE

5

6    AFSHAN KHOSRAVI, *et al.*,                    No. 2:24-cv-1227-BJR

7         Plaintiffs,                              ORDER GRANTING AMENDED
                                                   STIPULATED MOTION AND
8    v.                                            BRIEFING SCHEDULE AND STRIKING
                                                   STIPULATED MOTION [DKT. NO. 4]
9    ANTONY J. BLINKEN, *et al.*,                  AS MOOT

10        Defendants.

11

12        The parties, through counsel of record, present this Court with an amended proposed

13   schedule for briefing Defendants' motion to dismiss and Plaintiffs' motion for summary judgment.

14   Plaintiffs bring this litigation pursuant to the Administrative Procedure Act and the Mandamus Act

15   seeking to compel Defendants to complete processing of Plaintiff Khosravi's immigrant visa

16   application that a consular officer refused on November 3, 2023, pursuant to 8 U.S.C. § 1201(g).

17   The parties disagree as to whether Defendants have a further mandatory duty concerning the visa

18   application and, if so, whether that alleged duty has been unreasonably delayed.

19        Plaintiffs  filed the amended complaint on November 5, 2024.

20        The parties propose the following amended briefing schedule:

21

| **Filing** | **Deadline** |
|---|---|
| Amended Complaint | November 5, 2024 |

22

23

24

STIPULATED MOTION FOR
BRIEFING SCHEDULE          - 1
2:24-cv-1227-BJR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| Defendants' Motion to Dismiss | December 9, 2024 |
| Plaintiffs' Motion for Summary Judgment | December 9, 2024 |
| Defendants' Response to Plaintiffs' Motion for Summary Judgment | December 30, 2024 |
| Plaintiffs' Response to Defendants' Motion to Dismiss | December 30, 2024 |
| Defendants' Reply in Support of the Motion to Dismiss | January 13, 2025 |
| Plaintiffs' Reply in Support of the Motion for Summary Judgment | January 13, 2025 |

The parties request permission, pursuant to LCR 7(f), to file overlength briefs of up to 11,200 words with regard to the Motion to Dismiss or the Motion for Summary Judgement filing. Also, the parties wish to be granted permission to reserve the right to amend the schedule, according to LCR 7(j), prior to December 9, 2024. The parties request that the Court enter the above-proposed briefing schedule, permission for overlength briefs, and the right to amend the schedule.

Dated: November 29, 2024

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

 s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  253-428-3824
Email:  michelle.lambert@usdoj.gov

STIPULATED MOTION FOR
BRIEFING SCHEDULE          - 2
2:24-cv-1227-BJR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*Attorneys for Defendants*

*I certify that this memorandum contains 299 words, in compliance with the Local Civil Rules.*

<u>s/ Bart Klein</u>
BART KLEIN, WSBA#10909
Law Offices of Bart Klein
605 First Ave., #500
Seattle, Washington 98104
Phone: 206-755-5651
Email:  bart.klein@bartklein.com
*Attorney for Plaintiffs*

## ORDER

The parties having stipulated and agreed, it is hereby so ORDERED.  Plaintiffs filed the amended complaint on November 5, 2024.  The parties shall submit their cross-motions pursuant to the following schedule:

| **Filing** | **Deadline** |
| --- | --- |
| Amended Complaint | November 5, 2024 |
| Defendants' Motion to Dismiss | December 9, 2024 |
| Plaintiffs' Motion for Summary Judgment | December 9, 2024 |
| Defendants' Response to Plaintiffs' Motion for Summary Judgment | December 30, 2024 |
| Plaintiffs' Response to Defendants' Motion to Dismiss | December 30, 2024 |
| Defendants' Reply in Support of the Motion to Dismiss | January 13, 2025 |
| Plaintiffs' Reply in Support of the Motion for Summary Judgment | January 13, 2025 |

STIPULATED MOTION FOR
BRIEFING SCHEDULE                     - 3
2:24-cv-1227-BJR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

1

2       The parties are granted permission, pursuant to LCR 7(f), to file overlength briefs of up

3   to 11,200 words with regard to the Motion to Dismiss or the Motion for Summary Judgement

4   filing.   Also, the parties are granted permission to reserve the right to amend the schedule,

5   according to LCR 7(j), prior to December 9, 2024. Finally, the Court STRIKES the Stipulated

6   Motion at Dkt. No. 4 as MOOT.

7       DATED this 3rd day of December, 2024.

8

9                                   _____
                                    Barbara Jacobs Rothstein
10                                  U.S. District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION FOR                                    UNITED STATES ATTORNEY
BRIEFING SCHEDULE              - 4                        700 STEWART STREET, SUITE 5220
2:24-cv-1227-BJR                                          SEATTLE, WASHINGTON 98101
                                                          (206) 553-7970