Hon. Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| AFSHAN KHOSRAVI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANTONY J. BLINKEN, *et al.*, <br><br> Defendants. | No. 2:24-cv-1227-BJR <br><br> SECOND AMENDED STIPULATED MOTION AND BRIEFING SCHEDULE |

The parties, through counsel of record, present this Court with this second amended proposed schedule for briefing Defendants' motion to dismiss and Plaintiffs' motion for summary judgment. Plaintiffs bring this litigation pursuant to the Administrative Procedure Act and the Mandamus Act seeking to compel Defendants to complete processing of Plaintiff Khosravi's immigrant visa application that a consular officer refused on November 3, 2023, pursuant to 8 U.S.C. § 1201(g). The parties disagree as to whether Defendants have a further mandatory duty concerning the visa application and, if so, whether that alleged duty has been unreasonably delayed.

The plaintiffs filed the amended complaint on November 5, 2024, and on December 3, 2024, this Court approved the amended stipulated motion and [proposed] briefing schedule. Dkt. 11.

SECOND AMENDED STIPULATED
MOTION FOR BRIEFING SCHEDULE    - 1
2:24-cv-1227-BJR

Law Offices Of Bart Klein
605 First Avenue, Suite 500
Seattle WA  98104
(206)624-3787office (206)238-9975fax

1   The parties were allowed to reserve the right to change the schedule prior to 12-09-2024, and now are doing so. For good cause, the parties are seeking a one week extension of the deadlines. Scheduling conflicts have arisen due to current cross-response deadline falling during the Christmas to the New Years vacation period. The parties believe that this short extension will resolve these conflicts.

The parties propose the following second amended briefing schedule:

| **Filing** | **Deadline** |
|---|---|
| Defendants' Motion to Dismiss | December 16, 2024 |
| Plaintiffs' Motion for Summary Judgment | December 16, 2024 |
| Defendants' Response to Plaintiffs' Motion for Summary Judgment | January 06, 2025 |
| Plaintiffs' Response to Defendants' Motion to Dismiss | January 06, 2025 |
| Defendants' Reply in Support of the Motion to Dismiss | January 20, 2025 |
| Plaintiffs' Reply in Support of the Motion for Summary Judgment | January 20, 2025 |

The parties request that the Court enter the above-proposed second amended briefing schedule.

Dated: December 6, 2024

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657

SECOND AMENDED STIPULATED
MOTION FOR BRIEFING SCHEDULE   - 2
2:24-cv-1227-BJR

Law Offices Of Bart Klein
605 First Avenue, Suite 500
Seattle WA  98104
(206)624-3787office (206)238-9975fax

Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

*s/ Bart Klein*
BART KLEIN, WSBA#10909
Law Offices of Bart Klein
605 First Ave., #500
Seattle, Washington 98104
Phone: 206-755-5651
Email: bart.klein@bartklein.com
*Attorney for Plaintiffs*

*I certify that this memorandum contains 468 words, in compliance with the Local Civil Rules.*

SECOND AMENDED STIPULATED
MOTION FOR BRIEFING SCHEDULE                - 3
2:24-cv-1227-BJR

Law Offices Of Bart Klein
605 First Avenue, Suite 500
Seattle WA  98104
(206)624-3787office (206)238-9975fax

# [PROPOSED] ORDER

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit their cross-motions pursuant to the following amended schedule:

| Filing | Deadline |
|---|---|
| Defendants' Motion to Dismiss | December 16, 2024 |
| Plaintiffs' Motion for Summary Judgment | December 16, 2024 |
| Defendants' Response to Plaintiffs' Motion for Summary Judgment | January 06, 2025 |
| Plaintiffs' Response to Defendants' Motion to Dismiss | January 06, 2025 |
| Defendants' Reply in Support of the Motion to Dismiss | January 20, 2025 |
| Plaintiffs' Reply in Support of the Motion for Summary Judgment | January 20, 2025 |

Dated this 11th of December, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge